IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY PROTOPAPPAS,** | 2:07-cv-00901-LKK-GGH |
| Petitioner, | **ORDER** |
| v. | |
| **M. KRAMER, Warden,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time, to and including August 22, 2007, within which to file a response to the Petition.

Dated: 7/25/07          /s/ Gregory G. Hollows
                _____
                The Honorable Gregory G. Hollows

prot0901.po

prot0901.po.wpd
SA2007302360

[Proposed] Order

1