UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY PROTOPAPPAS,

          Petitioner,

   v.

M. KRAMER,

          Respondent.

Case No. C07-0901RSL-JLW

ORDER REGARDING CERTIFICATE OF APPEALABILITY

This matter comes before the Court on petitioner's notice of appeal. Dkt. # 23. The Clerk of Court entered a notation in the docket that "CERTIFICATE OF APPEALABILITY REQUIRED for processing to USCA . . . ." Because petitioner challenges the detention decision of an administrative body (the Board of Parole Hearings), a certificate of appealability is not necessary. Rosas v. Nielsen, 428 F.3d 1229, 1231-32 (9th Cir. 2005). The Clerk of Court shall process Mr. Protopappas' appeal accordingly.

Dated this 22nd day of October, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER REGARDING
CERTIFICATE OF APPEALABILITY