UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY PROTOPAPPAS,

    Petitioner,

    v.

M. KRAMER,

    Respondent.

CASE NO. 2:07-cv-00901-RSL-JLW

ORDER DENYING MOTION AS MOOT

This matter comes before the Court on petitioner's "Request for a Certificate of Appealability." Dkt. # 30. On June 2, 2010, the Court found that the dismissal of petitioner's habeas petition is not debatable among reasonable jurists and declined to issue a certificate of appealability. The "Request for a Certificate of Appealability" is therefore DENIED as moot.

Dated this 2nd day of August, 2010.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION AS MOOT